AO91 (Rev. 12/03) Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  **CRIMINAL COMPLAINT**
vs.

Santos Higinio SERRANO-Montalvo       Case Number: 1:25-po-671
A226 164 593  El Salvador

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  April 25, 2025  in  Cameron  County, in the  Southern District Of Texas  defendant(s)

willful failure to apply for registration and to be fingerprinted in the United States pursuant to Section 264(d) of the Immigration and Nationality Act,

in violation of Title  8  United States Code, Section(s)  1302(a)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

Any alien required to apply for registration and to be fingerprinted in the United States who willfully fails or refuses to make such application or to be fingerprinted. Defendant self admitted to have entered the United States on February 16, 2009 illegally by wading across the Rio Grande River through Rio Grande City, Texas. As of April 25, 2025, defendant has failed to register within the 30 days. Therefore, violating the law.

Defendant had $3110 dollars at time of apprehension.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

April 27, 2025                                                    at    Brownsville, Texas
Date                                                                          City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge                         Signature of Judge