UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Case No.: |
| Santos Higinio SERRANO-Montalvo | § | 1:25-PO-671 |

## AMENDED
## J U D G M E N T

On **April 28, 2025,** the above-named defendant appeared in person and with appointed counsel, Assistant Federal Public Defender, Hector Garza.

Whereupon the defendant entered a plea of guilty to the offense of **willfully failing to apply for registration and to be fingerprinted in the United States pursuant to Section 264(d) of the Immigration Nationality Act**, in violation of 8 U.S.C. 1302(a), as charged in the **Criminal Complaint**; and the Court having asked the defendant whether he had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to **time served; and**

**$10 Special Assessment is hereby imposed.**

DONE at Brownsville, Texas, on **May 05, 2025.**

Ignacio Torteya, III
United States Magistrate Judge